UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SONNY AUSTIN RAMDEO,**

    **Plaintiff,**

**v.**                                                           **Case No: 5:24-cv-359-MMH-PRL**

**XAVIER BECERRA and CHRISTI A. GRIMM,**

    **Defendants.**

## ORDER

*Pro se* Plaintiff moves for electronic filing privileges using the Court's CM/ECF system and requests that he be given electronic notifications. (Doc. 10). Plaintiff claims that "postage and physical deliveries . . . are particularly burdensome for an incarcerated individual." (Doc. 10 at 2). Indeed, the only reasons that are provided by Plaintiff for the motion are general assertions of fairness. Problematically, however, the plaintiff does not provide an email address for receipt of electronic notifications.

Additionally, this Court's Administrative Procedures for Electronic Filing state that a *pro se* litigant is not permitted to file directly via CM/ECF, absent authorization by the Court. M.D. Fla. Administrative Procedures for Electronic Filing, Part B4, https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-administrative-procedures-for-electronic-filing-4-1-2024-update.pdf [https://perma.cc/4LDF-BSL2]. While not unsympathetic to Plaintiff's situation, the Court is disinclined to deviate from the general rule disallowing *pro se* parties to file directly using CM/ECF. Plaintiff may, of course, avail himself of a variety of services available through the United States Postal Service. *See*

https://www.usps.com. Plaintiff may access and view court records for this case or others via PACER. See https://www.pacer.gov/. Plaintiff is also advised that he may utilize the Court's electronic document submission form, available on the Court's website. *See* https://www.flmd.uscourts.gov/electronic-document-submission-form. As explained on the Court's website, "[t]he court's Electronic Document Submission Form allows an individual who is not represented by a lawyer to submit a document for filing," and "is the electronic equivalent of mailing a document to the clerk's office for filing on CM/ECF." It appears that these resources would meet the concerns raised in Plaintiff's motion.

Accordingly, Plaintiff's motion (Doc. 10), is **denied**. If Plaintiff would like to receive electronic notifications through e-mail, he may renew this motion within **twenty-one** days of the entry date of this Order. Such motion must provide Plaintiff's e-mail address, or the motion will be denied.

**DONE** and **ORDERED** in Ocala, Florida on July 26, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties