UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SONNY AUSTIN RAMDEO,**

    Plaintiff,

v.       Case No: 5:24-cv-359-MMH-PRL

**XAVIER BECERRA and CHRISTI A. GRIMM,**

    Defendants.

### ORDER

*Pro se* Plaintiff has filed a supplemental motion to receive electronic notifications. (Doc. 12). Plaintiff has provided his e-mail address for notifications. Accordingly, the plaintiff's motion is **granted**. The Clerk is directed to add the plaintiff's e-mail address (emailsonny0@gmail.com) as he provided to the electronic service list for this case. Also, the Clerk is directed to continue serving the plaintiff via U.S. Mail.

**DONE** and **ORDERED** in Ocala, Florida on July 30, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties