# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**SONNY AUSTIN RAMDEO,**

    **Plaintiff,**

**v.**       Case No: 5:24-cv-359-MMH-PRL

**XAVIER BECERRA, Secretary of Health and Human Services in his official capacity; and CHRISTI A. GRIMM, Inspector General - Health and Human Services in her official capacity,**

    **Defendants.**

## ORDER

This cause comes before the Court on *pro se* Plaintiff's Motion to Direct Clerk to Transmit Service Documents to U.S. Marshals Service ("Motion to Transmit Service Documents") filed on April 30, 2025. (Doc. 37). In the Motion to Transmit Service Documents, Plaintiff requests that the Clerk of Court deliver copies of the fourth amended complaint with completed summonses and USM-285 forms to the United States Marshal for service as required by the Federal Rules of Civil Procedure. (*Id.* at pp. 1-2).

On September 17, 2024, the Court granted Plaintiff permission to proceed in forma pauperis, without expressing an opinion on the ultimate merits of Plaintiff's claims, based on the fourth amended complaint (Doc. 22). (Doc. 25). Several months later, on January 7, 2025, without having properly effectuated service upon the Defendants pursuant to the Federal Rules of Civil Procedure, Plaintiff filed a Motion for Leave to File Fifth Amended Complaint

("Motion to Amend"). (Doc. 27).[1] The Court denied Plaintiff's Motion for Leave to File Fifth Amended Complaint and directed Plaintiff to submit with the Clerk of Court on or before February 14, 2025, (1) a new summons with a copy of the fourth amended complaint; (2) Marshal 285 forms for each defendant, indicating in the appropriate box that service on the U.S.A. was required; and (3) two additional copies of the summons and complaint for service upon the Government of the United States (one copy of the summons and complaint to be served on the U.S. Attorney for this district and the other copy to be forwarded to the Attorney General for the United States). (Doc. 29; *see* Doc. 32).

On February 11, 2025, the Clerk entered an entry on the docket ("Clerk's Docket Entry"), confirming receipt from the Plaintiff of four copies of the fourth amended complaint (Doc. 22) with completed summonses and USM-285 forms, and noted that service of these documents would be delivered to the U.S. Marshal once the Court issued a ruling on Plaintiff's Motion to Reclassify Orders (Docs. 29, 32) as Reports and Recommendations and Request for District Court Review, with Notice of Separate Formal Objections Incorporated by Reference ("Motion to Reclassify") (Doc. 33) filed on February 1, 2025.[2] On May 8, 2025, the Court denied Plaintiff's Motion to Reclassify and overruled his Objections. (Doc. 38).

Plaintiff moves for an Order directing the Clerk of Court to deliver copies of the fourth amended complaint with the completed summonses and USM-285 forms to the U.S. Marshal

---

[1] However, before filing the Motion to Amend, the Court ordered Plaintiff to show cause why the claims raised against Defendants should not be dismissed without prejudice for failure to prosecute due to his failure to effect timely and proper service of process pursuant to Federal Rule of Civil Procedure 4. (Doc. 26). The Court's Order to Show Cause was later discharged on January 23, 2025. (Doc. 29).

[2] Plaintiff also filed Objections to the Magistrate Judge's Orders (Docs. 29, 32), or, in the Alternative, Motion to Treat the Orders as Reports and Recommendations ("Objections") on the same day as the Motion to Reclassify. (Doc. 34).

for service as required by Federal Rule of Civil Procedure 4(c)(3). (Doc. 37 at pp. 1-2). Rule 4(c)(3) provides that "[a]t the plaintiff's request . . . [t]he court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915" that "service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." *See* Fed. R. Civ. P. 4(c)(3). In light of the Court's Order (Doc. 38), and because the Court has authorized Plaintiff to proceed in forma pauperis (*see* Doc. 25) and received copies of the operative fourth amended complaint with completed summonses and USM-285 forms for each defendant (*see* Clerk's Docket Entry), Plaintiff's Motion to Transmit Service Documents will be granted.

Accordingly, upon due consideration, Plaintiff's Motion to Direct Clerk to Transmit Service Documents to U.S. Marshals Service (Doc. 37) is **GRANTED**. The Clerk of Court is directed to **DELIVER** the issued summonses and operative fourth amended complaint to the United States Marshal for service in accordance with the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Ocala, Florida on May 13, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties