UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SONNY AUSTIN RAMDEO,**

    **Plaintiff,**

v.                                          Case No: 5:24-cv-359-MMH-PRL

**ROBERT F. KENNEDY, JR.,** Secretary of Health and Human Services, in his official capacity, et al.,

    **Defendants.**

## ORDER

This cause comes before the Court *sua sponte*. On July 17, 2025, Defendants filed a Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (Doc. 45). In the motion, Defendants cite to supporting exhibits and documents that were not filed with their motion. (*See id*. at pp. 2-3, 5, 13-14).

Accordingly, Defendants are directed to file these supporting exhibits and documents on or before **October 29, 2025**.

**DONE** and **ORDERED** in Ocala, Florida on October 22, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties