# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SONNY AUSTIN RAMDEO,

    Plaintiff,

vs.                                              Case No.   5:24-cv-359-MMH-PRL

ROBERT F. KENNEDY, JR.—
Secretary of Health and Human
Services, in his official capacity, et
al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Reconsideration of Order Striking Notice of Supplemental Authority (Doc. 63; Motion), filed on October 28, 2025. Upon review, the Motion is due to be denied.

In the Court's view, the filing of a Notice of Supplemental Authority to belatedly point the Court to caselaw that was available when the party filed the briefing authorized by the Federal Rules of Civil Procedure and the Local Rules of this Court is improper. In his Notice of Supplemental Authority (Doc. 58; Notice), Ramdeo states that the years-old authorities he cites are "pertinent and significant because they address whether an ALJ's dismissal of a hearing request as untimely may constitute a judicially reviewable 'final decision' under

42 U.S.C. § 405(g), the issue raised by the Government's Motion to Dismiss." Notice at 1. But Ramdeo previously filed Plaintiff's Response to Defendant [sic] Motion to Dismiss, see doc. 46; Response, as well as Plaintiff's Response to Defendant [sic] Motion to Dismiss, see doc. 47; Amended Response, which he explains is an "Amended Response" that he filed to provide a "clear and concise response" to the Government's Motion, see id. at 1 n.1. Without leave of Court, no further briefing on the issues raised in the Government's Motion was permitted. As such, Ramdeo's filing of the Notice to provide additional authority that he failed to present in his Response or Amended Response is improper.

Accordingly, it is

**ORDERED:**

The Motion for Reconsideration (Doc. 63) is denied.

**DONE AND ORDERED** in Chambers this 5th day of November, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc35
Copies to:
Pro Se Party
Counsel of Record